NILAND & NILAND
EDWARD L. NILAND  Bar No. 66990
233 Oak Meadow Drive
Los Gatos, California 95032
Telephone: (408) 395-3100
Facsimile: (408) 395-3120

Attorneys for Plaintiff
THELMA RODRIGUEZ


SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
MICHELLE Y. McISAAC  Bar No. 215294
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
dennis.rolstad@sdma.com

Attorneys for Defendant
HARTFORD LIFE INSURANCE COMPANY


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THELMA RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD LIFE INSURANCE COMPANY, and DOES 1-50, <br><br> Defendants | CASE NO. 05 CV 1985 WBS (JFM) <br><br> **STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Thelma Rodriguez and defendants Hartford Life Insurance Company, by and through their respective attorneys of record herein, that the parties have resolved this matter in its entirety, and that the parties to date have complied with the written settlement agreement.

IT IS THEREFORE FURTHER STIPULATED AND AGREED that this entire action shall be DISMISSED with prejudice, each party to bear her or its own attorneys' fees and costs.

DATED: December 30, 2005   NILAND & NILAND

By: s/Edward L. Niland
    EDWARD L. NILAND
    Attorneys for Plaintiff
    THELMA RODRIGUEZ

DATED: January 10, 2006   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Dennis G. Rolstad
    DENNIS G. ROLSTAD
    MICHELLE Y. McISAAC
    Attorneys for Defendant
    HARTFORD LIFE INSURANCE COMPANY

ORDER

In accordance with the stipulation of the parties herein, this ENTIRE ACTION is hereby DISMISSED WITH PREJUDICE, each party to bear her or its own attorneys' fees and costs.

DATED: 1/11/2006

UNITED STATES DISTRICT COURT JUDGE