UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THELMA RODRIGUEZ, | |
| Plaintiff, | CASE NO. CIV-2:05-1985 WBS JFM |
| v. | |
| HARTFORD LIFE INSURANCE COMPANY, and DOES 1-50, | |
| Defendants. | |
| _____/ | ORDER |
| THELMA RODRIGUEZ, | |
| Plaintiff, | |
| v. | CASE NO. CIV 2:06-0045 DFL JFM |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |
| _____/ | |

       The court has received the Notice and Motion to Relate Cases concerning the above-captioned cases filed on January 31, 2006.  See Local Rule 83-123.  The court has, however, determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so.  This order is issued for

1  informational purposes only, and shall have no effect on the
2  status of the cases, including any previous Related (or Non-
3  Related) Case Order of this court.
4          IT IS SO ORDERED.
5  DATED: February 3, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE